No. A–110. CONSTRUCTION, PRODUCTION & MAINTENANCE LABORERS' LOCAL 383 v. CARTER-GLOGAU LABORATORIES, INC. Motion for reconsideration of denial of application for extension of time to file a petition for writ of certiorari denied.

No. A–198. CHROMIAK v. UNITED STATES. D. C. C. D. Cal. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–217. HERBAGE v. MEESE, ATTORNEY GENERAL OF THE UNITED STATES, ET AL. Application for writ of habeas corpus, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. D–647. IN RE DISBARMENT OF ELDEN. It having been reported to the Court that William Elden died September 2, 1987, the rule to show cause, heretofore issued on July 29, 1987 [483 U. S. 1040], is hereby discharged.

No. 94, Orig. SOUTH CAROLINA v. BAKER, SECRETARY OF THE TREASURY. Motion of National Governors' Association for leave to file a reply brief granted. Exceptions to the Report of the Special Master are set for oral argument in due course. [For earlier order herein, see, e. g., 479 U. S. 1078.]

No. 109, Orig. OKLAHOMA ET AL. v. NEW MEXICO. Motion for leave to file bill of complaint granted, and defendant is allowed 60 days within which to file an answer.

No. 86–279. BASIC INC. ET AL. v. LEVINSON ET AL. C. A. 6th Cir. [Certiorari granted, 479 U. S. 1083.] Motion of Joseph Harris et al. for leave to file a brief as amici curiae out of time denied. THE CHIEF JUSTICE and JUSTICE SCALIA took no part in the consideration or decision of this motion.

No. 86–684. CALIFORNIA v. GREENWOOD ET AL. Ct. App. Cal., 4th App. Dist. [Certiorari granted, 483 U. S. 1019.] Motion of respondent Dyanne Van Houten for divided argument denied. Motion for appointment of counsel granted, and it is ordered that Michael Ian Garey, Esq., of Santa Ana, Cal., be appointed to serve as counsel for respondent Billy Greenwood in this case.